## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. 3:20-cr-0039 |
| ) | |
| **ROMEO WALTER, KENAN THOMAS, AND** ) | |
| **NIJOHNTEA WALKER,** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

## **ORDER**

**BEFORE THE COURT** is unopposed Government's Motion to Continue Trial and Exclude Time under the Speedy Trial Act (ECF No. 201.) For the reasons stated on the record at the status conference held on April 26, 2023, it is hereby

**ORDERED** that Government's Motion to Continue Trial and Exclude Time under the Speedy Trial Act, ECF No. 201, is **GRANTED**; it is further

**ORDERED** that the time beginning from the date of this order granting an extension through August 14, 2023, shall be excluded in computing the time within which the trial in this matter must be initiated pursuant to 18 U.S.C. § 3161; it is further

**ORDERED** that the parties **SHALL** file and serve a pre-trial brief no later than August 4, 2023, which shall include the following: (a) proposed list of witnesses; (b) proposed list of exhibits; (c) estimated length of case-in-chief and case-in-defense; (d) proposed non-standard *voir dire* questions; and (e) proposed non-standard jury instructions related to the elements of the charges and defenses; it is further

**ORDERED** that the parties shall provide the Clerk of Court with a USB Flash Drive containing electronic versions of exhibits no later than August 9, 2023;[1]

---

[1] Counsel are advised to consult with Court technical staff to determine the proper format for saving electronic versions of exhibits. The Government's trial exhibits shall be labelled sequentially beginning with Government's Exhibit 1. Defense exhibits shall be labelled sequentially beginning with Defense Exhibit A.

**ORDERED** that the Jury Selection and Trial in this matter previously scheduled for May 2, 2023, are **RESCHEDULED** to commence promptly at 9:00 A.M. on August 14, 2023, in St. Thomas Courtroom 1.

**Dated:** April 26, 2023                                         */s/ Robert A. Molloy*
                                                                             **ROBERT A. MOLLOY**
                                                                             **Chief Judge**