IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:20-cr-00039 |
| ) | |
| ROMEO WALTER, et al ) | |
| ) | |
| Defendants. ) | |

## DEFENDANT'S MOTION FOR LEAVE TO FILE A BELATED SUPPLEMENTAL BRIEF

**COMES NOW,** Defendant, ROMEO WALTER, by and through undersigned counsel, Lorenzo J. Palomares, and hereby moves this Court issued and other that parties had until February 25, 2026 to file supplemental.

1. The appearing counsel was under the premise that that the court was to issue an order directing the parties to brief the court on specific issues. Regarding the Third Circuit opinion on Case No. 21-1832 Lara v Comm. Of Pennsylvania.

2. The Government and defendant filed their supplemental briefs, and the appearing counsel was apparently confused and awaiting the specific issues the court was going to point out by an order.

3. The appearing party respectfully prays for 48 hours to submit the brief by February 26, 2024. Since counsel was outside the office on another criminal case.

WHEREFORE the appearing defendant respectfully prays for the court to grant leave to file a supplemental by closure of February 26, 2024.

Dated: February 25, 2024

                                          Respectfully submitted,

                                          **PALOMARES-STARBUCK & ASSOCIATES**
66 W. Flagler Street, Suite 601
Miami, Florida 33130
Telephone: (305) 447-8707
Facsimile: (305) 501-2366
E-Service E-mail: palolaw2@gmail.com
Secondary E-mail: palolaw@gmail.com

By:    */s/ Lorenzo J. Palomares*
      **Lorenzo J. Palomares, Esq.**
      By appointment of the Court

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF and/or e-mail on this 15TH day of September, 2022, upon all parties of record.

By: */s/ Lorenzo J. Palomares*
**Lorenzo J. Palomares, Esq.**
By appointment of the Court